**In re the MARRIAGE OF Phillip
Stephen ADAMS and Peggy
Leslie Adams.**

**Phillip Stephen Adams,
Petitioner/Respondent,**

v.

**Peggy Leslie Adams,
Respondent/Appellant.**

**Nos. ED 79576, ED 79709.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 19, 2002.

Cary J. Mogerman, James P. Carmody, Zerman & Mogerman, LLC, St. Louis, MO, for respondent.

Susan K. Roach, Law Offices of Susan K. Roach, Chesterfield, MO, for appellant.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).